| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Scott McDonald**<br>**31473 Rancho Viejo Road**<br>**Suite 103**<br>**San Juan Capistrano, CA 92675**<br>**(949) 333-0600 Fax: (949) 333-0606**<br>**California State Bar Number: 261297**<br><br>*Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Fred Earl Dickerson**<br>    **Carmel Morgan**<br><br>                                  Debtor(s). | CHAPTER:   **7**<br><br>CASE NO.: **2:11-bk-42777** |

### DEBTOR'S MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

**(For Case Closed Without Entry of Discharge Due to Noncompliance With 11 U.S.C. §§ 727(a)(11) or 1328(g)(1))**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. **Bankruptcy Case Filing Information:**

    a. A voluntary petition under chapter   ☒ 7  ☐ 13 was filed on:

    b. Because the Debtor(s) failed to file Official Form 23, Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management ("OF 23") within the time limit set forth in F.R.B.P. 1007(c), the court closed this case without entering a discharge.

2. I, **Fred Earl Dickerson**, the Debtor in this case, and **Carmel Morgan**, (if joint debtors) hereby request that the court enter an order: (a) reopening the the case pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010; and (b) extending the time for the Debtor(s) to file the OF 23 for a period of 30 days from the date of entry of an order granting this motion.

3. The Debtor(s) failed to file the OF 23 by the original deadline, and therefore need to have the case reopened so that the required OF 23 can be filed and a discharge can be entered because: (Explain circumstances that prevented the Debtor(s) from filing the OF 23 in a timely manner.)

    and I declare this under penalty of perjury.

WHEREFORE, the Debtor(s) pray(s) that this court issue an order (the form of which is submitted herewith and has been served) reopening this case and extending the time to file the OF 23 so that the Debtor(s) discharge may be entered.

| /s/ Fred Earl Dickerson | 02/03/2012 | Santa Fe Springs | CA |
|---|---|---|---|
| Debtor's Signature | Dated | City | State |
| /s/ Carmel Morgan | 02/03/2012 | Santa Fe Springs | CA |
| Joint Debtor's Signature | Dated | City | State |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 5010-1.1M**

Order on Debtor's Motion to Reopen Case and for Extension of Time to File Debtor's Certification
of Completion of Postpetition Instructional Course Concerning Personal FInancial Management - Page 2

| In re | CHAPTER  7 |
| **Fred Earl Dickerson** **Carmel Morgan** | CASE NUMBER **2:11-bk-42777** |
| Debtor. | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**31473 Rancho Viejo Road**
**Suite 103**
**San Juan Capistrano, CA 92675**

A true and correct copy of the foregoing document described as ___ **Debtor's Motion to Reopen Case and for Extension of Time yo File Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management** ___ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February  3, 2012 | Scott McDonald | /s/ Scott McDonald |
| _Date_ | _Type Name_ | _Signature_ |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                                                        **F 5010-1.1M**